```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ATEF SHEHATA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. CR-S-10-259 FCD
                                  )
12                 Plaintiff,     )  STIPULATION AND ORDER TO EXTEND
                                  )  TIME TO POST PROPERTY BOND
13       v.                       )
                                  )
14 ATEF SHEHATA,                  )  Judge: Hon. Kimberly J. Mueller
                                  )
15                 Defendant.     )
   _____)
16
```

17     On August 11, 2010, the Honorable Dale A. Drozd ordered Mr.
18 Shehata released on a $25,000.00 property bond, said property bond to
19 be posted no later than the close of business on August 23, 2010.
20 Although most of the required paperwork has been received, additional
21 time is required for the parties to notarize and record the deed of
22 trust.  Accordingly, the parties agree that the deadline for posting
23 the property bond may be extended two additional weeks, to September 7,
24 2010.  This office has contacted Steven Lapham of the U.S. Attorneys'
25 / / /
26 / / /
27 / / /
28 / / /

1  Office and the Pretrial Service Office, and they have no objection to
2  this request.
3  Dated:  August 23, 2010
4                                          Respectfully submitted,
5  BENJAMIN B. WAGNER                      DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
6
7  */s/ Dennis S. Waks for*                */s/ Dennis S. Waks*
8  STEVEN LAPHAM                           DENNIS S. WAKS
   Assistant U.S. Attorney                 Assistant Federal Defender
9  Attorney for United States              Attorneys for ATEF SHEHATA

12                              **O R D E R**

14 **IT IS SO ORDERED.**

15 Dated: August 24, 2010.
   *Nunc pro tunc to 8/23/10*

                                                        _____
                                                        U.S. MAGISTRATE JUDGE