DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ATEF SHEHATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 10-259-JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | TEMPORARILY MODIFY MR. SHEHATA'S |
| ) | PRETRIAL CONDITIONS |
| ATEF SHEHATA, ) | |
| ) | |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |
| _____ ) | |

The United States of America, by R. Steven Lapham, Supervising Assistant United States Attorney, together with defendant, Atef Shehata, by counsel, Dennis S. Waks, stipulate that the Court order temporary release of Mr. Shehata's passport to him, and to modify the conditions of release to allow brief international travel to Egypt for a family emergency. Because this request is for travel outside the United States, Pretrial Services has deferred to this court's judgment.

Mr. Shehata's mother, Mary Antoun Habib, is 88 years old and is gravely ill. (See attachment "Exhibit A" Medical Certificate from Mary Habib's Egyptian physician dated November 7, 2012). She is presently in I.C.U. in a hospital in Cairo, Egypt and will most likely pass soon. Mr. Shehata would like to be with his mother and brother who still live in Cairo during this time. Mr. Shehata's sister, Nadia Girgis who

lives in California, has already left to go to Egypt.

While Mr. Shehata is from Egypt and has family there, he worked tirelessly to become a United States citizen and has most of his family, including his wife of 31 years, all four sons, and all of his grandchildren here in the United States.  Mr. Shehata has no prior record.  Further, Mr. Shehata has been cooperative with authorities throughout this case.  He has plead guilty, has already agreed to a voluntary surrender date and has not had any problems while on pretrial supervision for over two years.  Central District of California United States Pretrial Services Officer, Matthew Markowski has advised defense counsel in writing that "Mr. Shehata is in full compliance and there have been no issues while he has been on bond".  United States Probation Officer Ronnie Preap has also been advised of this stipultion.

The parties stipulate that Mr. Atef Fawzy Shehata may retrieve his United States Passport No. 03913044 from the Clerk of the Court in the Central District of California in United States v. Atef Shehata, 10-mj-1901-DUTY, filed with the Central District on August 5, 2010, and return the passport to the Clerk or the defendant's Pretrial Services Officer within 24 hours of his return to Los Angeles County, where he resides.  Mr. Shehata will continue to call his Pretrial Services Officer every Monday, as scheduled.

///
///
///
///
///
///

The parties stipulate that Mr. Shehata may travel outside of the United States, to Cairo, Egypt only, during the time that he has temporary possession of his passport, leaving as soon as possible and returning within 14 days from his departure date.

Dated:   November 8, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks

                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        ATEF SHEHATA

Dated:   November 8, 2012       BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Dennis S. Waks for

                                        _____
                                        R. STEVEN LAPHAM
                                        Sup. Assistant United States Attorney

IT IS HEREBY ORDERED that the Central District of California Court Clerk temporarily release Mr. Atef Fawzy Shehata's passport to him and that Mr. Shehata return his passport to the Clerk of the Central District of California in case number 10-mj-1901-DUTY or to his Pretrial Services Officer within 24 hours of his return to Los Angeles County.  It is also ordered that the conditions of release be temporarily modified to allow brief international travel to Egypt for a family emergency leaving as soon as possible and returning within 14 days from his departure date.

Dated:   November 8, 2012

                                        **/s/ John A. Mendez**
                                        JOHN A. MENDEZ
                                        United States District Court Judge