HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
ATEF SHEHATA

FILED

JUL 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2: 10-259-JAM |
|---|---|
| Plaintiff, | ) APPLICATION FOR ORDER EXONERATING BOND AND FOR RETURN OF CASH BOND; |
| v. | ) ORDER |
| ATEF SHEHATA, | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

Defendant Atef Shehata hereby moves this court for an order to exonerate the bond and return the cash bond posted in the above-captioned case.

On August 11, 2010, Mr. Shehata made an initial appearance before this court in the above-referenced matter and the defendant was to be released by securing a $25,000.00 property bond in addition to $50,000.00 unsecured bond. On September 2, 2010, a motion to modify conditions of release was filed by Mr. Shehata and a $25,000.00 cash bail was granted in lieu of posting property. (Dkt #45).) The $25,000.00 cash bond was posted on September 13, 2010, Receipt #CAE200029512.

On December 11, 2012, Mr. Shehata was sentenced to nine months of imprisonment and has completed his time as served.

///

As all conditions required by this court in this matter have been met, it is requested that the court exonerate the bond in this matter and that the cash bond of $25,000 posted September 13, 2010, be returned.

DATED: July 1, 2015

HEATHER WILLIAMS
Federal Defender

/s/Linda Harter
LINDA HARTER
Chief Assistant to the Federal Defender
Attorneys for Defendant

ORDER

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and cash bond be reconveyed to Mr. Atef Shehata.

DATED: July / , 2015

JOHN A. MENDEZ
United Stated District Court Judge

-2-